An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JOSEPH M. ORTUNO, BAR NO. 11233.

No. 68587

FILED

SEP 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER APPROVING DISCIPLINARY PANEL'S RECOMMENDATION AND GRANTING MOTION TO SEAL

This is a petition by bar counsel filed pursuant to SCR 111(4) regarding attorney Joseph M. Ortuno. The petition is supported by documentation indicating that on May 26, 2011, in Las Vegas Municipal Court, and on January 27, 2015, in Las Vegas Township Justice Court, Ortuno entered pleas of nolo contendere to driving under the influence. It appears that Ortuno self-reported the second conviction but not the first conviction.

The petition is further supported by documentation indicating that, pursuant to SCR 111(4), bar counsel investigated this matter, which was presented to a screening panel of the Southern Nevada Disciplinary Board with a recommendation that Ortuno be placed in the diversion program pursuant to SCR 105.5 for a period of one year, subject to conditions. According to the documents submitted by bar counsel, the screening panel agreed with the recommendation and, as a result, Ortuno and bar counsel entered into a diversion agreement.[1]

---

[1]Bar counsel also has filed a motion to seal the diversion program consent agreement, which was attached to the petition as Exhibit 6.

*continued on next page . . .*

15-28530

Having reviewed the petition and the panel's recommendation, we hereby approve the recommendation that Ortuno be placed in the diversion program for one year, subject to conditions. SCR 111(4), (9). We decline to impose a temporary suspension at this time. SCR 111(9).

It is so ORDERED.



_____, C.J.
Hardesty

_____, J.        _____, J.
Parraguirre                                    Douglas

_____, J.        _____, J.
Cherry                                            Saitta

_____, J.        _____, J.
Gibbons                                         Pickering

cc:     Chair, Southern Nevada Disciplinary Board
        Bar Counsel, State Bar of Nevada
        Kimberly Farmer, Executive Director, State Bar of Nevada
        Joseph M. Ortuno

_____

. . . *continued*

Cause appearing, we grant the motion. *See* SCR 105.5(1)(b), (2); SCR 121(1). The clerk of this court shall detach the diversion program consent agreement from the petition (Exhibit 6) and file it separately, under seal, in this matter.